**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-10427**

_____

In The Matter Of: BILLY RAY DELP, JR.,

                                                              Debtor,

BILLY RAY DELP, JR.,

                                                              Appellant,

                                    versus

7HBF, LTD; NU-WAY, INC; NU-WAY OIL CO;
NU-WAY DISTRIBUTING COMPANY,

                                                              Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
Civil Docket #4:97-CV-1007-Y
_____

January 12, 2001

Before JONES and DeMOSS, Circuit Judges and BARZILAY[*], District
Judge.

PER CURIAM:[**]

---

[*]     Judge, U.S. Court of International Trade, sitting by designation.

[**]    Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

Having reviewed the briefs and pertinent portions of the record and heard oral arguments, we conclude that the judgments of the bankruptcy and district courts should be AFFIRMED.

See Fifth Circuit Rule 47.6.